Gale K. Francis, Bar #4213
Assistant Attorney General
Stephen W. Lewis, Bar #1952
Assistant Attorney General
Laron Lind, Bar #8334
Assistant Attorney General
Sean D. Reyes, Bar # 7969
Utah Attorney General
Attorneys for the Plaintiff
210 N 1950 W
SALT LAKE CITY, UT  84134-9000
Telephone:   801-297-6219
             801-366-0375

In the United States Bankruptcy Court
For the District of UTAH

| In Re: | Bankruptcy Case Number: 17-20502 |
|---|---|
| ANDERSEN, ALLEN<br>XXX-XX-1893 | Chapter: 13 |
| Debtor | WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN |

COMES NOW, the Utah State Tax Commission and withdraws its objection to confirmation of debtor's Chapter 13 plan as authorized by 11 U.S.C. Sec. 1324.  The debtor(s) has (have) satisfied the requirements of the Utah State Tax Commission.  No further information is requested..
DATED this 9th day of August, 2017

/s/ Gale K. Francis
Assistant Attorney General

BK WITHDRAWAL OF OBJECTION                                                                L1006936096